AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-cr-00069 |
| | ) Assigned To : Judge Royce C. Lamberth |
| ERLEND OLSON | ) Assign. Date : 03/13/2025 |
| | ) Description: Indictment (B) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  **ERLEND OLSON**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Wire and Mail Fraud)
18 U.S.C. §§ 1343, 2 (Wire Fraud and Aiding and Abetting)
18 U.S.C. §§ 1341, 2 (Mail Fraud and Aiding and Abetting)
26 U.S.C. § 7201 (Tax Evasion)

Date: 03/13/2025

_Issuing officer's signature_

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
_Printed name and title_

---

### Return

This warrant was received on (date) 3/13/25, and the person was arrested on (date) 3/17/25
at (city and state) Albuquerque, NM.

Date: 3/17/25

_Arresting officer's signature_

Charles W. Sublett, Special Agent
_Printed name and title_