PS3 (12/05-Rev. for PACTS 6/11)　　　　　　　　　　　　　　　Erlend Olson, | 1084 1:25-00468M-001 | 9769883

> This pretrial report has been prepared pursuant to 18 U.S.C. § 3154 (1). The recommendation is provided for the consideration of the Court and is separate from such legal findings as weight of the evidence [18 U.S.C. § 3142 (g)(2)] or rebuttable presumptions for detention [18 U.S.C. § 3142 (e)(3)]. Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party and shall remain confidential as provided in Title 18 § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>District of New Mexico/Albuquerque | Charge(s) (Title, Section, and Description)<br>**Rule 5** - The District of Columbia |
|---|---|
| Judicial Officer<br>Honorable Jennifer M. Rozzoni<br>United States Magistrate Judge | **Count 1:** Title 18 U.S.C. § 1349 - Conspiracy to Commit Wire and Mail Fraud |
| Docket Number (Year – Sequence No. – Def. No.)<br>1084 1:25-00468M-001 | **Counts 2-6:** Title 18 U.S.C. § 1343, 18 U.S.C. § 2 - Wire Fraud and Aiding and Abetting<br>**Count 7:** Title 18 U.S.C. § 1341, 18 U.S.C. § 2 - Mail Fraud and Aiding and Abetting<br>**Counts 8-11:** Title 26 U.S.C. § 7201 - Tax Evasion |

### DEFENDANT

| Name<br>**Olson,** Erlend<br>DOB: 4/25/1963　SSN: 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 | Employer/School<br>Unknown |
|---|---|
| Other Names on Charging Document<br>N/A | |
| Address<br>1437 Honeysuckle Dr.<br>Albuquerque, NM 87122 | Employer/School Address<br><br>Unknown |

| At Address Since<br>2018 | Time in Community of Residence<br>7.0 years | Monthly Income<br>Unknown | Time with Employer/School<br>4 years |
|---|---|---|---|

**INTRODUCTION:**

The defendant is scheduled to appear before Your Honor on March 20, 2025, for an Identity/Detention Hearing. The defendant was advised of his rights by the Federal Public Defender's Office. The defendant was interviewed on March 17, 2025. The defendant's father corroborated his personal information.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, age 61, advised he was born in San Antonio, Texas to Christopher Olson, age 82, and Margaret Olson, deceased. His father lives in Placitas, New Mexico. The defendant has three younger siblings ranging from age 51 to 58. He has a brother who lives in Dallas, Texas and his other two siblings live in Albuquerque,

Page 1

New Mexico. The defendant has a good relationship with his family. The defendant's father confirmed this information.

The defendant was married to Jana Olson, age 57, resulting in two children: Jaden, age 17, and Jordan, age 15. His son lives with the defendant and his daughter lives with her mother in Newport Beach, California. He has daily contact with his children. The defendant's father stated his son is currently visiting his mother until after the detention hearing. The defendant's father stated the defendant has a good relationship with his children.

The defendant reported he has lived most of his life in Albuquerque, New Mexico. The defendant lived in Los Angeles, California from 1984 to 2005. He noted he has resided at the above address since 2018 in a four bedroom, four bathroom home with his son. If released from custody, the defendant would like to return home. The defendant's father confirmed he can return to this home.

The defendant advised he has a passport, and he reported last travel outside of the United States to the United Kingdom about six or seven years ago. The government indicated the defendant has significant foreign ties and is a dual citizen of St. Kitts and Nevis.

**EDUCATION / EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

The defendant graduated from Albuquerque Academy High School in 1980. He obtained his bachelor's degree in electrical engineering from New Mexico State University in 1984. The defendant earned his master's degree in electrical engineering from the University of Southern California in 1985. The defendant's father confirmed his education.

**Employed/Unemployed History:**

On the advice of counsel, the defendant declined to discuss his employment history with the following exception. The defendant stated he has been employed for the past four years. The defendant's father stated the defendant has been employed at Theia Group Incorporated as a chief technology officer for about six years. He has several years of experience as an engineer.

**Finances:**

The defendant did not provide his income. He denied having any assets besides the vehicle. The defendant's father stated the defendant rents the home he lives in and owns a truck.

| Assets | Amount | Liabilities | Amount |
|---|---:|---|---:|
| Vehicle | $25,000.00 | Vehicle | $25,000.00 |
|  |  |  |  |
| **Total** | $25,000 | **Total** | $25,000 |
| **Estimated Net Worth: $0** | | | |

| Monthly Income | Amount | Expenses | Amount |
|---|---:|---|---:|
|  |  | Home/Rent | $6,000.00 |
|  |  | Utilities | $450.00 |
|  |  | Groceries and Supplies | $3,000.00 |

Page 2

PS3 (12/05-Rev. for PACTS 6/11)  Erlend Olson, | 1084 1:25-00468M-001 | 9769883

|  |  | Auto Insurance | $200.00 |
|---|---|---|---|
|  |  | Cellular Phone | $200.00 |
|  |  | Internet Service | $200.00 |
|  |  | Loan Payment | $500.00 |
|  |  |  |  |
| **Total** | $0 | **Total** | $10,550 |
| **Estimated Monthly Cash Flow: Unknown** | | | |

### HEALTH:

### Physical Health:

The defendant stated he is in good physical health with no medical problems reported. The defendant's father stated the defendant is in good health.

### Mental Health:

The defendant reported he is in good mental health. He went to treatment in the past due to the instant offense and did not want to discuss further. The defendant's father stated the defendant is in good mental health.

### Substance Abuse:

On the advice of counsel, the defendant did not discuss this section. The defendant's father reported he is unaware of any alcohol or drug problem.

### PRIOR RECORD:

See **Attachment A** entitled **Prior Criminal Record** which may be retained by counsel for the government and the defendant.

### ASSESSMENT OF NONAPPEARANCE:

The defendant poses a risk of nonappearance for the following reasons:

* Offense Charged and/or Defendant's Conduct During Arrest for Instant Offense
* Substance Abuse History
* Criminal Activity while under Supervision
* Pretrial, Probation, Parole, or Supervised Release Status and Compliance
* Ties to a Foreign Country
* Criminal History

### ASSESSMENT OF DANGER:

The defendant poses a risk of danger for the following reasons:

* Nature of Instant Offense

Page 3

* Substance Abuse History
* Pretrial, Probation, Parole, or Supervised Release Status and Compliance
* Criminal Activity while under Supervision
* Criminal Association
* History/Charge Involving Violence/Domestic Violence
* Criminal History

**RECOMMENDATION:**

To reasonably assure the defendant's appearance and the safety of the community, it is respectfully recommended the defendant be released on a Personal Recognizance and with the following conditions:

* Report for supervision to Pretrial Services as directed.
* Continue or actively seek employment.
* Surrender any passport to Pretrial Services.
* Not obtain a passport or other international travel documents.
* Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants.
* Not possess a firearm, destructive device, or other dangerous weapon.
* Report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
* Follow restrictions on personal association, residence, or travel as directed by Pretrial Services. Travel restricted to New Mexico and Washington D.C. for court purposes.
* Refrain from the use of alcohol and submit to random alcohol screening as directed by Pretrial Services.
* Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
* Submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
* Participate in an evaluation to assess the presence, nature and severity of a substance abuse problem.
* Participate in a program of substance abuse treatment as directed by Pretrial Services
* Provide/allow access to requested financial information, including income tax returns and statements of all accounts, and authorized credit bureau inquiries as requested by the Pretrial Service office.
* Not open new lines of credit without the prior permission of Pretrial Services
* Not sell, dispose of, encumber, or transfer his/her interest in, any assets in excess of $500 without the Court's permission.
* Provide Pretrial Services with a monthly income and expenditure sheet which will itemize all expenses in excess of $500, which will be used to ensure the defendant is living within their financial means.
* Must participate and comply with the United States Probation Office's Computer Restriction and Monitoring Program (CRMP). Cooperation shall include, but not limited to, identifying computer systems, internet capable devices, and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices at the defendant's expense. The defendant may be limited to possessing only one personal internet capable device to facilitate the probation office's ability to effectively monitor his/her internet activity. The defendant shall also permit random examinations of said computer systems, internet capable devices, and similar electronic devices, and related computer peripherals under his/her control. The defendant shall inform any other users that said systems, devices, etc., may be subject to examination.

Page 4

Def. Olson's Emerg. Mot. for Rev.
Exhibit A
Page 4

PS3 (12/05-Rev. for PACTS 6/11)                               Erlend Olson, | 1084 1:25-00468M-001 | 9769883

| Pretrial Services Officer<br>Mindy M. Pirkovic | Date<br>03/18/2025 |
|---|---|
| Reviewed By<br>Daniel A. Stewart, Supervising United States Probation Officer *Daniel A. Stewart* | |

Page 5

Def. Olson's Emerg. Mot. for Rev.
Exhibit A
Page 5

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history:

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 09/17/2004 (Age 41) | Newport Beach Police Department; Newport Beach, CA; Orange County Superior Court; Newport Beach, CA; Docket No.: 04HM08440 | Ct. 1: Driving Under Influence Alcohol/Drugs Ct. 2: Obstruct/Etc. Public Officer/Etc. Ct. 3: Disturbs by Lound/Unreasonable Noise | 07/05/2005: Ct. 3- 1 year probation; remaining counts dismissed |
| 02/12/2005 (Age 41) | Costa Mesa Police Department; Costa Mesa, CA; | Battery: Spouse/Ex Spouse/Date/Etc. | 02/28/2005: Prosecution declined |
| 02/28/2008 (Age 44) | Irvine Police Department; Irvine, CA; Orange County Superior Court; Newport Beach, CA; Docket No.: 08HM01947 | Ct. 1: Driving Under Influence of Alcohol or Drugs Ct. 2: Driving With a Blood Alcohol Content of .08 Percent or More Ct. 3: Unlawfully Providing False Information to Police Officer | 04/29/2009: Ct. 2- 3 years probation and fine; remaining counts dismissed 06/18/2009: Probation revoked 06/25/2009: Probation reinstated 12/03/2009: Probation revoked 12/28/2009: 30 days jail imposed and probation reinstated 06/13/2011: Probation revoked 02/15/2012: Probation reinstated 02/01/2013: Probation expired |

Page 6

Def. Olson's Emerg. Mot. for Rev.
Exhibit A
Page 6

PS3 (12/05-Rev. for PACTS 6/11)  Erlend Olson, | 1084 1:25-00468M-001 | 9769883

| 12/17/2010 (Age 47) | Newport Beach Police Department; Newport Beach, CA;  Orange County Superior Court; Newport Beach, CA; Docket No.: 11HM06281 | Ct. 1: Driving Under Influence of Alcohol or Drugs<br>Ct. 2: Driving With a Blood Alcohol Content of .08 Percent or More | 02/15/2012: Cts. 1 & 2- 45 days jail, 5 years probation, and fined<br><br>07/10/2012: Arrested on warrant<br><br>01/14/2013: Probation revoked<br><br>01/16/2013: Probation reinstated<br><br>02/14/2017: Probation expired |
|---|---|---|---|
| | | | |

According to records from Cibola County Magistrate Court in Grants, New Mexico, Case No. M-61-TR-2015-01608, on October 24, 2015, the defendant was cited for Speeding and he was fined.

According to records from Bernalillo County Metropolitan Court in Albuquerque, New Mexico, Case No. T-4-PR-2021-004503, on June 30, 2021, the defendant was cited for Expired Meter and he was fined.

Page 7

Def. Olson's Emerg. Mot. for Rev.
Exhibit A
Page 7