

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

June 25, 2021

VIA Hand Delivery

Meridian Vector Corporation
Attn: Custodian of Records
1600 Market Street
Suite 1320
Philadelphia, PA 19103

> Re:     Grand Jury Subpoena #GJ2021062578910
>          USAO #2020R01311

Dear Sir/Madam:

Pursuant to a criminal investigation being conducted by the United States Attorney's Office, it is required that you furnish the requested records as described in the attached subpoena.

**In lieu of personally appearing before the Grand Jury on the date indicated, you may comply with this grand jury subpoena by promptly providing the agent designated in the attachment with the requested records.** If you choose to provide the requested records voluntarily, please provide them in a non-proprietary electronic format via FedEx, UPS or DHL. Also enclosed please find a blank "Declaration of Custodian of Records" form. It may save time and costs if an appropriate person at your business could complete the form and return it with the records. A properly completed "Declaration of Custodian of Records" form will make it more likely that we could present the records at trial without requiring you or another employee to come to court and testify.

Although you are not required to do so, you are requested not to disclose the existence of this subpoena or the fact of your compliance. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law. Thank you for your cooperation in this matter.

Sincerely,

Channing D. Phillips
Acting United States Attorney

By: _____
Leslie A. Goemaat
Assistant United States Attorney
202-252-6971

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

**District of Columbia**

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    Meridian Vector Corporation
       Attn: Custodian of Records
       1600 Market Street
       Suite 1320
       Philadelphia, PA  19103

   **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 3rd Floor    **Grand Jury #21-4, Case # 91**<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Date and Time:<br>**Tuesday, July 6, 2021 at 9:00 AM** |
|---|---|

   You must also bring with you the following documents, electronically stored information, or objects:

### PLEASE SEE ATTACHMENT

**In lieu of personally appearing before the Grand Jury on the date indicated, you may comply with this grand jury subpoena by promptly providing the agent designated in the attachment with the requested records.**

Date:  June 25, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, telephone number and email of the Assistant United States Attorney, who requests this subpoena, are:

Leslie A. Goemaat, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC  20530
Phone: 202-252-6971    Fax: 202-307-2304
Email: leslie.goemaat@usdoj.gov

Subpoena #GJ2021062578910
USAO #2020R01311
Preparer:  MANDRADE

## SUBPOENA ATTACHMENT
#GJ2021062578910
USAO #2020R01311

**Issued To:**
Custodian of Records
Meridian Vector Corporation
1600 Market Street
Suite 1320
Philadelphia, PA 19103

For the period of January 1, 2015 - Present

All corporate records and books of account relative to the financial transactions of:

**Meridian Vector Corporation**
**EIN: 82-4244808**

To include **but not limited** to:

Information regarding compensation in any form paid to Officer, Director, Employee or
Contractor including but not limited to **Erlend Olson, John Gallagher, James Hickey, Paul
Carroll, Joseph Fargnoli, and Stephen O'Neill.**

Information regarding all corporate and monetary transactions with and benefiting, to include
those transactions with companies controlled by or meant to compensate the following
individuals and/or entities: **Erlend Olson, John Gallagher, James Hickey, Paul Carroll,
Joseph Fargnoli, Stephen O'Neill, Theia Group Incorporated, Meridican Inc., Gallagher
Law PC, Ritre Corporation, and all other entities, both foreign and domestic.**

**All agreements with Theia Group Incorporated and other third parties about
compensation of Theia Group Incorporated Officers, employees, or contractors.**

All investor Information, to include an investor listing, communications with potential and
current investors, valuation materials, investor "pitch" materials, prospectuses, financial
statements provided to potential investors, non-disclosure agreements and any other information
provided to investors in an attempt to solicit investments. Provide any and all information
regarding payments to and from investors.

All business contracts/ contracts to provide services with any customer including the United
States Government, Foreign Governments, or others. This is to include contracts that are
"Classified", Sensitive, or baring any other classification.

All Payroll Records including but not limited to: Payroll Summary Reports, Payroll Details
Reports, records and correspondence regarding payroll with Paychex Payroll or any other third-
party payroll services. Employee Names, Addresses and Contact information.

All information regarding payments to consultants and independent contractors. Including but not limited to invoices for services, payment instructions, etc.

**ALL CORPORATE BOOKKEEPING RECORDS** and other financial records including General Ledger, General Journals, all Subsidiary Ledgers and Journals, Gross Receipts and income records, Cash Receipts and Disbursement records and/or Journals, sales and Purchase records and/or Journals, Accounts Receivable and Payable Ledgers and records, Bad Debt records, Cost of Goods Sold records, Loan Receivable and Payable Ledgers, Voucher Register and all sales and expense invoices including all invoices documenting expenses paid by cash (currency ) or bank check (cashier or teller checks), retained copies of any bank checks (cashier or teller checks) or by wire transfer, funds transfer, ACH, etc.

Records and work-papers reflecting the purchase, basis and depreciable life of assets. Records and work-papers of sales of corporate assets such records disclosing the dates of purchase and sale, cost and sales price, records establishing or adjusting asset basis.

Corporate Minute Book, Stock Register or other records reflecting ownership of corporate stock. All correspondence with corporate officers or other associated individuals, specifically **Erlend Olson, John Gallagher, James Hickey, Paul Carroll, Joseph Fargnoli, Stephen O'Neill**. All financial statements, bookkeeper's and/or accountant's workpapers used in the preparation of corporate records or tax returns. Retained copies of all federal and state income, payroll and other tax returns.

SAVINGS ACCOUNT RECORDS: Including passbooks or bank statements, records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, records reflecting the identity of checks deposited, withdrawal slips, and records disclosing the disposition of withdrawals, Forms 1099, debit and credit memos. Records of any certificates of deposit, money market certificates, U.S. Treasury Notes or Bills purchased.

CHECKING ACCOUNT RECORDS: Including bank statements, deposit slips, records revealing the identity of checks drawn on the account, checks deposited, all debit and credit memos, and Forms 1099 issued. **All wire information including the receiving accounts and ultimate beneficiary of the wire**.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations required, loan agreements, notes or mortgages, settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash, check, wire, ACH, funds transfer, etc.), checks, wires, ACHs, funds transfers, etc. used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans correspondence files and internal memoranda relative to these loans.

All rental/ lease agreements.

**Do NOT produce attorney-client privileged information or communications.**

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Via **email, file sharing sites, or compact disks (CDs) are preferred**. ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

**Please send the requested materials to: Special Agent Charles W. Sublett, IRS-CI. Email transmission to Charles.sublett@ci.irs.gov is preferred.** Please call SA Sublett at 202-515-4062 with any questions. If necessary, records may be sent to

SA Charles Sublett
IRS-Criminal Investigation
1200 1st Street NE
Suite 4200
Washington, DC 20002

**Please do not disclose the existence of this subpoena to the individual or any third party.**

# INSTRUCTIONS FOR PRODUCTION OF RECORDS

I.    **General:**
   a.   Records existing as **Electronically Stored Information (ESI)** shall be produced in **non-proprietary electronic form** and shall include text data and image data held:
      i.   In your record retention systems; and/or
      ii.  By your technology, data, or other service provider(s).
   b.   Records that do not exist as ESI may be produced in paper or other original format and may be converted to image or text data and provided as ESI, unless originals are required.

II.   **Text Data**
   a.   Text data relating to transactions shall be produced within a data file:
      i.   Using a delimited ASCII text data format; or
      ii.  Using software that can export to a commonly readable, non-proprietary file format without loss of data.
   b.   Text data files relating to transactions shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, and amount).

III.  **Image Data**
   a.   Image data shall be produced in graphic data files in a commonly readable, non-proprietary format with the highest image quality maintained.
   b.   Image data of items associated with transactions (e.g., checks and deposit slips) shall be:
      i.   Produced in individual graphic data files with any associated endorsements; and
      ii.  Linked to corresponding text data by a unique identifier.

IV.   **Encryption/Authentication**
   a.   ESI may be transmitted in an encrypted container *(e.g. flash drive, CD/DVD)*. Decryption keys and/or passwords shall be produced separately at the time the data are produced. *Please do not encrypt individual file contents if the container is encrypted.*
   b.   Authentication, such as hash coding, may be set by agreement.
   c.   Affidavits or certificates of authenticity may be included as part of the electronic production.

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

      I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

      I am in receipt of a United States District Court Subpoena #GJ2021062578910 dated June 25, 2021, signed by Assistant United States Attorney <u>Leslie A. Goemaat</u>, requesting specified records of the business named below.

      Attached hereto are ——— pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

      (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

      (2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

      (3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.