**Sent at:** 10/2/2023 11:37:38 AM

# RE: [EXTERNAL] Re: Meeting

From: Goemaat, Leslie (USADC) <leslie.goemaat@usdoj.gov>
To: Nicholas Sitterly <nick.sitterlylawfirm@gmail.com>
Cc: Davis, Nanette L. (TAX) <nanette.l.davis@usdoj.gov>, McCarthy, Colleen (TAX) <colleen.mccarthy@usdoj.gov>

Good morning Nick,

I am writing to confirm our meeting tomorrow at 10 AM at 1200 First Street NE, Washington, DC 20002.

Please call me from the lobby at 202-803-1608 and an IRS-CI agent will escort you upstairs.

Please also confirm who will be attending. We look forward to meeting with you.

Best,
Leslie

**From:** Nicholas Sitterly <nick.sitterlylawfirm@gmail.com>
**Sent:** Wednesday, September 13, 2023 1:41 PM
**To:** Goemaat, Leslie (USADC) <LGoemaat1@usa.doj.gov>
**Cc:** Davis, Nanette L. (TAX) <Nanette.L.Davis@usdoj.gov>; McCarthy, Colleen (TAX) <Colleen.McCarthy@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Meeting

That should work.

On Wed, Sep 13, 2023 at 11:40 AM Goemaat, Leslie (USADC) <Leslie.Goemaat@usdoj.gov> wrote:

> Hi Nick,
>
> I just surveyed the team and Tuesday, October 3 works for us. We can finalize the details later, but in light of the time change for you, I would suggest we start around 10 AM. Let us know if that works and we will hold that day for you.
>
> Leslie
>
> Leslie A. Goemaat
> Assistant United States Attorney

Tax Fraud Coordinator

Fraud, Public Corruption, and Civil Rights Section

U.S. Attorney's Office for the District of Columbia

601 D St NW, Room 5.1521

Washington, DC 20530

202-803-1608 (c)

Leslie.Goemaat@USDOJ.gov

---

**From:** Nicholas Sitterly <nick.sitterlylawfirm@gmail.com>
**Sent:** Wednesday, September 13, 2023 1:27 PM
**To:** Goemaat, Leslie (USADC) <LGoemaat1@usa.doj.gov>
**Cc:** Davis, Nanette L. (TAX) <Nanette.L.Davis@usdoj.gov>; McCarthy, Colleen (TAX) <Colleen.McCarthy@usdoj.gov>
**Subject:** [EXTERNAL] Re: Meeting

Sorry for the delay Leslie. The soonest I could arrive would be the first week of October. Is that workable for you?

On Tue, Sep 12, 2023 at 11:19 AM Goemaat, Leslie (USADC) <Leslie.Goemaat@usdoj.gov> wrote:

> Hi Nick,
>
> Following up on your recent request, we would be willing to sit down with you and go over a sampling of the evidence implicating your client and Mr. Gallagher in the crimes under investigation. Please let us know your availability to meet with us in D.C. in the next few weeks.
>
> Thanks,
> Leslie
>
> Leslie A. Goemaat
> Assistant United States Attorney
> Tax Fraud Coordinator
> Fraud, Public Corruption, and Civil Rights Section
> U.S. Attorney's Office for the District of Columbia
> 601 D St NW, Room 5.1521
> Washington, DC 20530
> 202-803-1608 (c)
> Leslie.Goemaat@USDOJ.gov