**Sent at:** 10/10/2023 5:18:00 PM

# RE: [EXTERNAL] Olson: 18 usc 2701

From: Goemaat, Leslie (USADC) <leslie.goemaat@usdoj.gov>
To: Nicholas Sitterly <nick.sitterlylawfirm@gmail.com>, Davis, Nanette L. (TAX) <nanette.l.davis@usdoj.gov>

Hi Nick – We did not include 18 USC 2701. We did have 26 USC 7201 (tax evasion), so I suspect it was just a transposed number in your notes. Please let me know if you have any other questions.
Thanks,
Leslie

**From:** Nicholas Sitterly <nick.sitterlylawfirm@gmail.com>
**Sent:** Tuesday, October 10, 2023 1:10 PM
**To:** Davis, Nanette L. (TAX) <Nanette.L.Davis@usdoj.gov>; Goemaat, Leslie (USADC) <LGoemaat1@usa.doj.gov>
**Subject:** [EXTERNAL] Olson: 18 usc 2701

Leslie I just wanted to clarify, did the offenses you intend to charge include this statute? I had it in my notes as a charge at the bottom of your list and just wanted to confirm. If that is one of your intended charges, could you help me understand your theory on that offense?