# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 06/25/09 | 1 | HHELD | Hearing held on 06/25/2009 at 08:30:00 AM in Department H9 for Probation Violation Arraignment. |
| | 2 | OFJUD | Officiating Judge: Marjorie Laird Carter, Judge |
| | 3 | OFJA | Clerk: L. Tamayo |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | OFREP | Court Reporter: None |
| | 6 | APNDC | Defendant not present in Court represented by Alan Castillo, Retained Attorney. |
| | 7 | WAREC | Warrant issued on 06/18/2009 ordered recalled for defendant. |
| | 8 | FINPV | Notice of Grounds for Probation Violation served and filed on all parties. |
| | 9 | PBADV | Defendant waives right to probation hearing. Defendant admits violation of probation as to count(s) 2. |
| | 10 | PBRSM | Court orders probation reinstated and modified as to count(s) 2 as follows: |
| | 11 | PRRAP | Defendant ordered reinstated in Level 1 Alcohol Program. |
| | 12 | PRTXT | Defendant may enroll and complete Level I Alcohol Program in Los Angeles county. Defendant to report to Alcohol Liaison on or before 9/10/09 |
| | 13 | TEXT | Correction: |
| | 14 | PRTXT | Defendant may enroll and complete Level I Alcohol Program in Los Angeles. Defendant to report to Alcohol Liaison on or before 9/10/09 for referral to Level I Alcohol Program |
| | 15 | TEXT | Correction: |
| | 16 | PRTXT | Defendant to enroll in Level I Alcohol Program on or before 9/10/09. Defendant may complete Level I Alcohol Program in Los Angeles |
| | 17 | NTPRT | Alcohol Program Notice printed. |
| | 18 | NTPRT | Alcohol Program Notice printed. |
| | 19 | PBTCR | All terms and conditions of probation are to remain the same. |
| | 20 | DFRPT | Defendant ordered to report to Alcohol Liaison, Room 225 by 9/10/09. |
| | 21 | NTDEF | Notice to defendant issued. |
| | 22 | DSTUP | Defendant's release status updated to reflect: Released. |

Name: Olson, Erlend
Page 1 of 2
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
3/28/25 11:17 am
Def. Olson's Emerg. Mot. for Rev.
Exhibit H
Page 1

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 06/25/09 | 23 | NTDEF | Notice to defendant issued. |
| | 24 | NTPRT | Alcohol Program Notice printed. |
| | 25 | NTPRT | Alcohol Program Notice printed. |
| | 26 | NTDEF | Notice to defendant issued. |
| | 27 | NTPRT | Alcohol Program Notice printed. |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 11HM06281 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/16/13 | 1 | CLADD | Case calendared on 01/16/13 at 09:10 AM in H12 for PV ARR. |
| | 2 | HHELD | Hearing held on 01/16/2013 at 09:10:00 AM in Department H12 for Probation Violation Arraignment. |
| | 3 | OFJUD | Judicial Officer: Stephanie George, Judge |
| | 4 | OFJA | Clerk: K. Reinke |
| | 5 | OFBAL | Bailiff: A. M. Fletcher |
| | 6 | OFREP | Court Reporter: None |
| | 7 | WAREC | Warrant issued on 01/14/2013 ordered recalled for defendant. |
| | 8 | APNDC | Defendant not present in Court represented by Marlo Cordero, Retained Attorney. |
| | 9 | FINPV | Notice of Grounds for Probation Violation served and filed on all parties. |
| | 10 | FDNVP | Court finds defendant not in violation of probation. |
| | 11 | PBNVR | Defendant having been found not in violation of probation, probation is ordered reinstated as to count(s) 1. |
| | 12 | FSADF | All fines and fees ordered are now due forthwith. |
| | 13 | PBTCR | All terms and conditions of probation are to remain the same. |
| | 14 | REMRC | Remittance from receipt # 11601641 received in the amount of $1,771.00. |
| 02/14/17 | 1 | PBCMP | Case evaluated for expired probation(s). Probation updated for applicable grant(s) of probation. |
| | 2 | CSCLS | Case closed. |
| 07/21/21 | 1 | TEXT | Court takes no action on booking fee requests received prior to July 1, 2021. Booking fees are unenforceable or collectible as of July 1, 2021, pursuant to Penal Code 1465.9. |
| 07/22/21 | 1 | CSCLS | Case closed. |
| 10/29/22 | 1 | CSCLS | Case closed. |
| 01/03/24 | 1 | FICOM | Proof of Completion filed as to 18 months Multiple Offender Alcohol Program imposed on 02/15/2012. |
| 01/04/24 | 1 | CSCLS | Case closed. |
| 01/05/24 | 1 | CSCLS | Case closed. |

Name: Olson, Erlend
Page 1 of 1
MINUTES / ALL CATEGORIES
Case: 11HM06281 M A
Def. Olson's Emerg. Mot. 3/20/25 11:21 am
Exhibit H
Page 3

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/14/09 | 1 | HHELD | Hearing held on 12/14/2009 at 08:30:00 AM in Department H10 for Probation Violation Arraignment. |
| | 2 | OFJUD | Officiating Judge: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: L. Mejia |
| | 4 | OFBAL | Bailiff: D. F. Butsko |
| | 5 | OFREP | Court Reporter: None |
| | 6 | APNDA | District Attorney not present in Court. |
| | 7 | APNDC | Defendant not present in Court represented by Alan Castillo, Retained Attorney. |
| | 8 | FINPV | Notice of Grounds for Probation Violation served and filed on all parties. |
| | 9 | CLCON2 | **Probation Violation re: Arraignment continued to 12/28/2009 at 08:30 AM in Department H10 at request of Defense.** |
| | 10 | WVTIM | Defendant waives statutory time for Hearing. |
| | 11 | PLCJN | Counsel joins in waivers. |
| | 12 | DSOCN | Defendant's release on own recognizance continued. |
| 12/28/09 | 1 | HHELD | Hearing held on 12/28/2009 at 08:30:00 AM in Department H10 for Probation Violation Arraignment. |
| | 2 | OFJUD | Officiating Judge: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: K. Rodriguez |
| | 4 | OFBAL | Bailiff: D. F. Butsko |
| | 5 | OFREP | Court Reporter: None |
| | 6 | APNDA | District Attorney not present in Court. |
| | 7 | APNDC | Defendant not present in Court represented by Alan Castillo, Retained Attorney. |
| | 8 | FDCAU | Court finds counsel has been authorized to enter waivers and admissions and accepts the sentence on behalf of the defendant. |
| | 9 | FIWWR | Defendant's written waiver of legal and constitutional rights for probation violation received and ordered filed. |
| | 10 | PBADV | Defendant waives right to probation hearing. Defendant admits violation of probation as to count(s) 2. |
| | 11 | FDCVP | Court finds defendant in violation of probation. |
| | 12 | PBRSM | Court orders probation reinstated and modified as to count(s) 2 as follows: |

Name: Olson, Erlend
Page 1 of 2
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
Def. Olson's Emerg. Mot. for Rev. 3/28/25 11:18 am
Exhibit H
Page 4

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/28/09 | 13 | PRTXT | For probation violation: |
| | 14 | PRJAL | **Serve 30 Day(s)   Orange County Jail as to count(s) 2.** |
| | 15 | JLSTP | **30 days Jail sentenced on 12/28/2009 and stayed as to count(s) 2 stayed pending completion of 3 month first offender alcohol program.** |
| | 16 | PRRAP | Defendant ordered reinstated in Level 1 Alcohol Program. |
| | 17 | PRTXT | Defendant to enroll in 3 month first offender alcohol program by 2/5/10 as directed by Alcohol Liaison |
| | 18 | NTPRT | Alcohol Program Notice printed. |
| | 19 | DFRPT2 | Defendant ordered to report to Alcohol Liaison forthwith. |
| | 20 | PBTCR | All terms and conditions of probation are to remain the same. |

Name: Olson, Erlend
Page 2 of 2

MINUTES / ALL CATEGORIES

Case: 08HM01947 M A
Def. Olson's Emerg. Mot. 3/28/25 11:18 am
Exhibit H
Page 5

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

**Case :** 08HM01947 M A
**Name :** Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 06/13/11 | 1 | HHELD | Hearing held on 06/13/2011 at 08:30:00 AM in Department H10 for Probation Violation Arraignment. |
| | 2 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: K. Rodriguez |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | OFREP | Court Reporter: None |
| | 6 | APNDA | District Attorney not present in Court. |
| | 7 | APNDC | Defendant not present in Court represented by Alan Castillo, Retained Attorney. |
| | 8 | FINPV | Notice of Grounds for Probation Violation served and filed on all parties. |
| | 9 | PBREV | Probation ordered revoked as to count(s) 2 based on the following: New case 11HM06281. |
| | 10 | WAIHD | Probation Violation warrant ordered issued and held for the defendant to 07/21/2011, for Probation Violation re: Arraignment at 08:30 AM in Department H10. Bail set at $10,000.00, Mandatory Appearance. |
| | 11 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 06/27/11 | 1 | BBPST | Bail Bond Number IS30K-111465 posted in the amount of $10,000.00 by DONS of INTER. |
| | 2 | FIBND | **Surety Bond # IS30K-111465 filed.** |
| | 3 | BLBDAT | Appearance date on Bond/Cash Bail receipt is 07/21/2011. |
| 07/01/11 | 1 | CLTRAN | **Calendar Line for PV ARR transferred from H10 on 07/21/2011 at 08:30 AM to H4 on 07/21/2011 at 08:30 AM.** |
| 07/20/11 | 1 | CLTRAN | **Calendar Line for PV ARR transferred from H4 on 07/21/2011 at 08:30 AM to H5 on 07/21/2011 at 08:30 AM.** |
| 07/21/11 | 1 | HHELD | Hearing held on 07/21/2011 at 08:30:00 AM in Department H5 for Probation Violation Arraignment. |
| | 2 | OFJUD | Judicial Officer: Robert Gannon, Judge |
| | 3 | OFJA | Clerk: L. Fields |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | OFREP | Court Reporter: None |
| | 6 | APNDA | District Attorney not present in Court. |

Name: Olson, Erlend
Page 1 of 7
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
3/28/25 11:20 am
Def. Olson's Emerg. Mot. for Rev.
Exhibit H
Page 6

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 07/21/11 | 7 | APDWRA | Defendant present in Court with counsel Iocona, Peter F, Retained Attorney. |
| | 8 | WAWTH | Warrant issued on 06/13/2011 withdrawn for defendant. |
| | 9 | CLCON2 | **Probation Violation re: Arraignment continued to 08/22/2011 at 08:30 AM in Department H13 at request of Defense.** |
| | 10 | WVTIM | Defendant waives statutory time for Hearing. |
| | 11 | PLCJN | Counsel joins in waivers. |
| | 12 | BLPBS | Present bail deemed sufficient and continued. |
| | 13 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 08/02/11 | 1 | CPGTO | Certified Copy of Complaint, Minute Order, Probation Order forwarded to OCDA - HJC Atnn: Thomas Lambrecht. |
| 08/22/11 | 1 | HHELD | **Hearing held on 08/22/2011 at 08:30:00 AM in Department H13 for Probation Violation Arraignment.** |
| | 2 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: K. Rodriguez |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Paul Singh Brar, Deputy District Attorney, present. |
| | 6 | APDWC | Defendant present in Court with counsel Alan Castillo, Retained Attorney. |
| | 7 | CLCON2 | **Probation Violation re: Arraignment continued to 09/29/2011 at 08:30 AM in Department H13 at request of Defense.** |
| | 8 | WVTIM | Defendant waives statutory time for Hearing. |
| | 9 | BLPBS | Present bail deemed sufficient and continued. |
| | 10 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 09/29/11 | 1 | HHELD | **Hearing held on 09/29/2011 at 08:30:00 AM in Department H13 for Probation Violation Arraignment.** |
| | 2 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: K. Rodriguez |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Robert Goodkin, Deputy District Attorney, present. |

Name: Olson, Erlend
Page 2 of 7
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
3/28/25 11:20 am
Def. Olson's Emerg. Mot. for Rev.
Exhibit H
Page 7

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 09/29/11 | 6 | APNDC | Defendant not present in Court represented by Marlo Cordero, Retained Attorney. |
| | 7 | CLCON2 | **Probation Violation re: Arraignment continued to 10/27/2011 at 08:30 AM in Department H13 at request of Defense.** |
| | 8 | WVTIM | Defendant waives statutory time for Hearing. |
| | 9 | BLPBS | Present bail deemed sufficient and continued. |
| | 10 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 10/27/11 | 1 | HHELD | Hearing held on 10/27/2011 at 08:30:00 AM in Department H13 for Probation Violation Arraignment. |
| | 2 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: E. King |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Robert Goodkin, Deputy District Attorney, present. |
| | 6 | APNDC | Defendant not present in Court represented by Alan Castillo, Retained Attorney. |
| | 7 | FICON | Request for Continuance - Misdemeanor filed. |
| | 8 | CLCON2 | **Probation Violation re: Arraignment continued to 11/30/2011 at 08:30 AM in Department H13 at request of Defense.** |
| | 9 | WVTIM | Defendant waives statutory time for Hearing. |
| | 10 | TXKPW | Keep with companion cases(s) 11HM06281. |
| | 11 | BLCND | Defendant is released on bail on the condition Do not drive without a valid driver's license and insurance. No alcohol. Attend 3 self help meetings per week. |
| | 12 | BLPBS | Present bail deemed sufficient and continued. |
| 11/30/11 | 1 | HHELD | Hearing held on 11/30/2011 at 08:30:00 AM in Department H13 for Probation Violation Arraignment. |
| | 2 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: K. Rodriguez |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Michael Bardeen, Deputy District Attorney, present. |
| | 6 | APNDC | Defendant not present in Court represented by Marlo Cordero, Retained Attorney. |

Name: Olson, Erlend
Page 3 of 7
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
Def. Olson's Emerg. Mot. for Rev. 3/28/25 11:20 am
Exhibit H
Page 8

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 11/30/11 | 7 | CLCON2 | **Probation Violation re: Arraignment continued to 12/06/2011 at 08:30 AM in Department H13 at request of Defense.** |
| | 8 | WVTIM | Defendant waives statutory time for Hearing. |
| | 9 | BLCND | Defendant is released on bail on the condition Do not drive without a valid driver license and insurance. No alcohol. Do not drive with a measurable amount of alcohol. Attend and show proof of 3 self-help meetings per week. |
| | 10 | BLPBS | Present bail deemed sufficient and continued. |
| | 11 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 12/06/11 | 1 | HHELD | **Hearing held on 12/06/2011 at 08:30:00 AM in Department H13 for Probation Violation Arraignment.** |
| | 2 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 3 | OFJA | Clerk: K. Rodriguez |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Michael Bardeen, Deputy District Attorney, present. |
| | 6 | APNDC | Defendant not present in Court represented by Marlo Cordero, Retained Attorney. |
| | 7 | CLSET2 | **Probation Violation re: Disposition and Reset set on 12/28/2011 at 08:30 AM in Department H13.** |
| | 8 | BLCND | Defendant is released on bail on the condition do not drive without a valid drivers license and insurance. No alcohol. Do not drive with a measurable amount of alcohol. Attend and show proof of 3 self-help meetings per week,. |
| | 9 | BLPBS | Present bail deemed sufficient and continued. |
| | 10 | TXKPW | Keep with companion cases(s) 11HM06281. |
| | 11 | OFMEC | Minutes entered by E. Rios. |
| 12/28/11 | 1 | HHELD | **Hearing held on 12/28/2011 at 08:30:00 AM in Department H13 for Motion PC1538.** |
| | 2 | HHELD | **Hearing held on 12/28/2011 at 08:30:00 AM in Department H13 for Probation Violation Disposition and Reset.** |
| | 3 | OFJUD | Judicial Officer: Carlton P. Biggs, Judge |
| | 4 | OFJA | Clerk: E. Burch |
| | 5 | OFBAL | Bailiff: B. Cate |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/28/11 | 6 | APDDA | People represented by Michael Pevney, Deputy District Attorney, present. |
| | 7 | APDWRA | Defendant present in Court with counsel Castillo, Alan, Retained Attorney. |
| | 8 | CLCON2 | **Probation Violation re: Disposition and Reset continued to 01/25/2012 at 08:30 AM in Department H13 at request of People.** |
| | 9 | WVTIM | Defendant waives statutory time for Hearing. |
| | 10 | BLCND | Defendant is released on bail on the condition 1) Do not drive without a valid driver's license and insurance. 2) No alcohol 3) Do not drive with measurable amount of alcohol in system 4) Attend and complete 3 self-help meetings per week with proof to the court. No proof of self help meetings filed today. Defendant filed correspondence from Dr. Paul Reardon, M.D. re: counseling.. |
| | 11 | BLPBS | Present bail deemed sufficient and continued. |
| | 12 | TXKPW | Keep with companion cases(s) 11HM06281. |
| | 13 | OFMEC | Minutes entered by L Nolan. |
| 01/25/12 | 1 | HHELD | **Hearing held on 01/25/2012 at 08:30:00 AM in Department H13 for Probation Violation Disposition and Reset.** |
| | 2 | OFJUD | Judicial Officer: Andre Manssourian, Judge |
| | 3 | OFJA | Clerk: T. Hauck |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Tina Patel, Deputy District Attorney, present. |
| | 6 | APNDC | Defendant not present in Court represented by Alan Castillo, Retained Attorney. |
| | 7 | CLCON2 | **Probation Violation re: Disposition and Reset continued to 02/02/2012 at 08:30 AM in Department H13 at request of Defense.** |
| | 8 | WVTIM | Defendant waives statutory time for Hearing. |
| | 9 | BLCND | Defendant is released on bail on the condition Do not drive without a valid driver license and insurance. No alcohol. Do not drive with a measurable amount of alcohol. Attend and show proof of 3 self-help meetings per week. Defendant filed correspondence from Dr. Paul Reardon, M.D. regarding counseling.. |

Name: Olson, Erlend
Page 5 of 7
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
Def. Olson's Emerg. Mot. for Rev. 3/28/25 11:20 am
Exhibit H
Page 10

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/25/12 | 10 | BLPBS | Present bail deemed sufficient and continued. |
| | 11 | TXKPW | Keep with companion cases(s) 11HM06281. |
| | 12 | OFMEC | Minutes entered by E. Burch. |
| 02/02/12 | 1 | HHELD | Hearing held on 02/02/2012 at 08:30:00 AM in Department H13 for Probation Violation Disposition and Reset. |
| | 2 | OFJUD | Judicial Officer: Andre Manssourian, Judge |
| | 3 | OFJA | Clerk: T. Hauck |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Matthew Mattis, Deputy District Attorney, present. |
| | 6 | APDWRA | Defendant present in Court with counsel Castillo, Alan , Retained Attorney. |
| | 7 | CLCON2 | **Probation Violation re: Disposition and Reset continued to 02/08/2012 at 08:30 AM in Department H13 at request of Defense.** |
| | 8 | WVTIM | Defendant waives statutory time for Hearing. |
| | 9 | BLCND | Defendant is released on bail on the condition Do not drive without a valid driver's license and insurance. No alcohol. Do not drive with a measurable amount of alcohol in system. Attend and show proof of 3 self help meetings per week. Defendant filed correspondence from Dr. Paul Reardon, M.D. regarding counseling. |
| | 10 | BLPBS | Present bail deemed sufficient and continued. |
| | 11 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 02/08/12 | 1 | HHELD | Hearing held on 02/08/2012 at 08:30:00 AM in Department H13 for Probation Violation Disposition and Reset. |
| | 2 | OFJUD | Judicial Officer: Andre Manssourian, Judge |
| | 3 | OFJA | Clerk: T. Hauck |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Michael Pevney, Deputy District Attorney, present. |
| | 6 | APDWRA | Defendant present in Court with counsel Cordero, Marlo , Retained Attorney. |

Name: Olson, Erlend
Page 6 of 7
MINUTES / ALL CATEGORIES
Case: 08HM01947 M A
Def. Olson's Emerg. Mot. for Rev.
3/28/25 11:20 am
Exhibit H
Page 11

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

## MINUTES

Case : 08HM01947 M A
Name : Olson, Erlend

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 02/08/12 | 7 | TEXT | Court accepts proof of counseling and deems self help meetings current, defendant to continue with counseling or meetings as ordered. |
| | 8 | CLCON2 | **Probation Violation re: Disposition and Reset continued to 02/15/2012 at 08:30 AM in Department H13 at request of Defense.** |
| | 9 | WVTIM | Defendant waives statutory time for Hearing. |
| | 10 | BLCND | Defendant is released on bail on the condition Do not drive without a valid driver's license and insurance. No alcohol. Do not drive with a measurable amount of alcohol in system. Attend and show proof of 3 self help meetings per week OR court will accept counseling sessions with Dr. Paul Reardon, M.D. |
| | 11 | BLPBS | Present bail deemed sufficient and continued. |
| | 12 | TXKPW | Keep with companion cases(s) 11HM06281. |
| 02/15/12 | 1 | HHELD | **Hearing held on 02/15/2012 at 08:30:00 AM in Department H13 for Probation Violation Disposition and Reset.** |
| | 2 | OFJUD | Judicial Officer: Andre Manssourian, Judge |
| | 3 | OFJA | Clerk: E. Burch |
| | 4 | OFBAL | Bailiff: . Present |
| | 5 | APDDA | People represented by Tina Patel, Deputy District Attorney, present. |
| | 6 | APNDC | Defendant not present in Court represented by James Sweeney, Retained Attorney. |
| | 7 | PBADV | Defendant waives right to probation hearing. Defendant admits violation of probation as to count(s) 2. |
| | 8 | FDCVP | Court finds defendant in violation of probation. |
| | 9 | PBRNS | Court orders probation reinstated as to count(s) 2. |
| | 10 | PBTCR | All terms and conditions of probation are to remain the same. |
| | 11 | BLBXN | Court orders bail bond # IS30K-111465 exonerated. |
| 02/01/13 | 1 | PBCMP | Case evaluated for expired probation(s). Probation updated for applicable grant(s) of probation. |
| | 2 | CSCLS | **Case closed.** |

Name: Olson, Erlend
Page 7 of 7

MINUTES / ALL CATEGORIES

Case: 08HM01947 M A
3/28/25 11:20 am
Def. Olson's Emerg. Mot. for Rev.
Exhibit H
Page 12

Name: __Olson__   Case NO. __08NM01947__

## Multiple DUI Probation - Admission of a Probation Violation

**Alleged Violation of Probation,** (as checked): [ ] I have a new DUI arrest or conviction (DOV or Case NO. _____ ), [X] I have failed to enroll or have been terminated from my alcohol school, [ ] I have failed to attend the Victim's Impact Panel, [ ] I have failed to make fine, fee or restitution payments as ordered or agreed, [ ] I have failed to complete Jail, VAC or Cal Trans as ordered or agreed, [ ] Other_____.

I am on probation for a misdemeanor conviction of DUI with one or more priors. I now have been charged with a violation of probation. I understand that I have a right to a hearing to determine if I am in violation of my probation. I also understand that I have certain rights relative to the alleged probation violation as follows;

   (a) I have the right to be represented by an attorney at all stages and understand that if I cannot afford an attorney, one will be appointed free of charge.
   (b) I have the right to represent myself without an attorney.
   (c) I have a right to a speedy and public hearing before a judge.
   (d) I have a right to confront the witness(es) against me and to cross-examine them.
   (e) I understand that I have the right to subpoena witnesses for my defense without expense to me.
   (f) I understand I have the right not to testify, but that I can waive that right and testify in my own behalf.

**I have spoken with the judge who has given me an indicated sentence. Based on that I have decided to waive my rights and admit the violation. I understand I will be sentenced as follows;**

   [X] Probation shall be revoked and reinstated (probation will continue) or
   [ ] Probation shall revoked and terminated upon completion of the sentence discussed below.

   [ ] Impose ___ days OCJ, cts ___. Report to OCJ __/__/__ at 7pm.
   [ ] Impose ___ days OCJ, cts ___, or complete ___ days (1 day = 8 hours)
      [ ] Cal Trans or physical labor
      [ ] Volunteer Service
   in lieu of jail. Proof of Completion is due __/__/__. Sign up to do these with the VAC Office at the Court house. Return to Court on the due date to show proof of completion, or to request an extension if not complete. The Court will expect a good faith effort to complete to allow additional time. Failure to return on time may result in another probation violation and additional sanctions.
   [X] Impose _30_ days OCJ, cts ___, stayed on condition I do the following without further termination or failure;
      [X] Enroll and Complete DMV approved Multiple Offender Program, (sign up through the alcohol liaison office), POE to Court prior to or on _1/7/10_  2/5/10
      [ ] Enroll and complete Victim Impact Panel (sign up through the alcohol liaison office), POE to Court prior to or on __/__/__.
      [ ] Make a payment of $_____ today to the Court and
      [ ] meet with the Court's financial payment office _today_ (or within 72 hours of your release from jail if you are in custody) and make a payment plan for all monies due the Court. Pay all payments according to that plan and return to Court to discuss any payments which cannot be made _before_ any due date.

   [ ] ___ days Orange County Jail, Stayed on condition the defendant _____

Dated: __21 DEC 2009__   _____/s/_____
                              Defendant

SEE ATTACHED
ACKNOWLEDGMENT

# ACKNOWLEDGMENT

State of California
County of _ORANGE_ )

On _12/21/09_ before me, _C.P. Palazuelos, Notary Public_
(insert name and title of the officer)

personally appeared _Ellan D Olson_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _C.P. Palazuelos_ (Seal)

C.P. PALAZUELOS
COMMISSION #1759805
Notary Public - California
ORANGE COUNTY
My Commission Expires
JULY 30, 2011

---

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_Multiple DUI Probation - Admission of_
(Title or description of attached document) _A Probation Violation_

(Title or description of attached document continued)

Number of Pages ____ Document Date ____

(Additional information)