UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERLEND OLSON,

    *Defendant.*

Case No. 25-CR-69-1 (RCL)

## ORDER

Before the Court is Defendant Erlend Olson's emergency motion to revoke the pre-trial detention order of a Magistrate Judge. Mot. for Revocation of Detention Order ("Def.'s Mot."), ECF No. 26. Upon consideration of the Motion, the government's opposition, Mem. in Opp'n to Mot. to Revoke Magistrate Order ("Opp'n"), ECF No. 28, the hearing on the motion held on April 8, 2025, the entire record herein, and for the reasoning contained in the accompanying memorandum opinion, it is hereby

**ORDERED** that the defendant's Emergency Motion [ECF No. 26] for Revocation of the Magistrate Judge's Order of Detention is **DENIED**. The defendant shall remain in the custody pending trial.

**IT IS SO ORDERED.**

Date: 4/9/25

Royce C. Lamberth
United States District Judge