UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-69-1 (RCL) |
| | : | |
| ERLEND OLSON, | : | |
| | : | |
| Defendant. | : | |

<u>DEFENDANT'S RESPONSE TO COURT ORDER</u>

Defendant Erlend Olson, through counsel, respectfully responds as follows to the Minute Order of the Court of May 30, 2025, relating to the Speedy Trial Act:

I believe I am authorized to agree to the exclusion of time under the Speedy Trial Act from May 30, 2025 through July 7, 2025. I had hoped to have a confirming conversation with Mr. Olson this evening, on a Securus Technology videoconference with him, but he did not log into the conference. I will see him tomorrow morning at the Northern Neck Regional Jail. I note no objection to the exclusion of time referenced in the Court's May 30, 2025 Minute Order.

    Respectfully submitted,

    /s/ Barry Coburn

    Barry Coburn Bar No. 358020
    Coburn, Greenbaum & Eisenstein PLLC
    1710 Rhode Island Avenue, NW
    Second Floor
    Washington, DC  20036
    Telephone:  (202) 643-9472
    Facsimile:  (866) 561-9712
    barry@coburngreenbaum.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this Response will be served upon all counsel of record via the Court's ECF system, this fourth day of June, 2025.

/s/ Barry Coburn

Barry Coburn