# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 25-CR-69 (RCL) |
| : | |
| **ERLEND OLSON, ET AL.** : | |
| : | |
| **Defendants.** : | |

## MOTION FOR A CIPA PROTECTIVE ORDER GOVERNING DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 § 3, for the entry of a protective order to govern the handling, use, and storage of classified national security documents and information produced in discovery in this matter or otherwise relevant to the case. A proposed protective order and a memorandum of understanding for each person who will have access to classified information in

//
//
//
//
//
//
//
//
//
//
//
//

this case are attached to this motion. Counsel for the defendants consent to the entry of the proposed order.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:    */s/ Jolie F. Zimmerman*
        Jolie Zimmerman, D.C. Bar No. 465110
        Joshua Gold, D.C. Bar No. 90033536
        Rebecca G. Ross
        Assistant United States Attorneys
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        (202) 252-7220 (Zimmerman)
        (202) 252-7651 (Gold)
        (202) 252-6937 (Ross)

        KAREN E. KELLY
        Acting Deputy Assistant Attorney General

By:    */s/ Alexis S. Hughes*
        Alexis S. Hughes
        D.C. Bar No. 90017487
        Department of Justice Tax Division
        150 M Street, N.E., Room 1.1405
        Washington, DC 20002
        alexis.hughes@usdoj.gov