UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERLEND OLSON, ET AL.

*Defendants*

Case No. 25-CR-69 (RCL)

[~~PROPOSED~~] ORDER

Now before the Court is the government's [67] Joint Motion to Continue the status hearing currently set for November 3, 2025. Upon consideration, the motion is hereby **GRANTED**. The status hearing set for November 3, 2025, is **VACATED**. And a new status hearing date is set for January 8, 2026 at 11 a.m. With each defendant's consent and for the reasons stated in the government's motion, time is excluded under the Speedy Trial Act until January 8, 2026, as the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

Date: 10/31/25

THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE