UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:25-cr-00069-RCL |
| : | |
| ERLEND OLSON, : | |
| : | |
| Defendant. : | |

### DEFENDANT'S MOTION FOR INTERIM PAYMENTS TO COUNSEL

Defendant Erland Olson, through counsel, respectfully moves for leave to submit interim Criminal Justice Act ("CJA") vouchers in this case. Grounds for this request are as follows:

Undersigned counsel was appointed counsel for Mr. Olson in this complex criminal case on April 30, 2025. The length of the representation exceeds six months. We anticipate the case will last many months longer.

We are awaiting payment of other evouchers for work performed in a number of other pending CJA cases, which, of course, is being affected by the ongoing government shutdown.

This case has required multiple in-person visits with the client at the Northern Neck Regional Jail, as well as frequent communications with the client's family and potential defense witnesses. The discovery is voluminous. We are preparing a motion seeking review of Mr. Olson's detention. We anticipate additional review of discovery materials, pretrial motions (including a motion pursuant to the Classified Information Procedures Act), the preparation and service of defense subpoenas, and additional meetings with the client and others as we prepare for trial.

On December 30, 2024, the Administrative Office of the United States Courts provided a Guide to Judiciary Policy. This new policy "encourage[s] greater and more consistent use of interim payments for panel attorneys and service providers in Criminal Justice Act

representations." Specifically, it provides, "Courts … should provide interim reimbursement expenses to counsel at regular intervals in representations exceeding 90 days in duration or $4,000 in accrued compensation and expense claims." It urges the use of interim vouchers so as "to strike a balance between the interest in relieving court-appointed attorneys of financial hardships in CJA representations and the requirement for the chief judge of the circuit or their delegate to approve compensation over the statutory thresholds."

    Undersigned counsel is part of a small law firm. Waiting until the end of this case to submit a voucher pursuant to the Criminal Justice Act would create substantial cash flow problems for our firm. Accordingly, it is respectfully submitted that the Court should exercise its discretion to permit the filing of interim vouchers in this case.

    Respectfully submitted,

/s/ Barry Coburn

_____
Barry Coburn
D.C. Bar No. 358020
Coburn & Eisenstein PLLC
1200 G St., N.W., Suite 800
Washington, DC 20005
(Please note: the suite number must be included or delivery will not be made)
Telephone: (202) 643-9472
Facsimile: (866) 561-9712
Email: barry@coburngreenbaum.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion will be served upon all counsel of record via this Court's electronic filing service, this 10th day of November, 2025.

/s/ Barry Coburn

_____

Barry Coburn

3