UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 25-69-RCL |
| | : | |
| ERLEND OLSON, | : | |
| JOHN GALLAGHER, | : | |
| STEPHEN BUSCHER, | : | |
| and | : | |
| JAMIL SWATI, | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Pursuant to this Court's March 5, 2026, Minute Order, ECF No. 99, the United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and counsel for Defendants Erlend Olson, John Gallagher, Stephen Buscher, and Jamil Swati, hereby respectfully file this joint status report proposing dates for this Court to set a hearing pursuant to Section 2 of the Classified Information Procedures Act. If the Court is amenable, the parties have met and conferred and agree that the status conference scheduled for March 18, 2026, can be vacated and rescheduled for the date of the Section 2 hearing. The parties are available in the morning on April 7 and on April 10.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Rebecca G. Ross
Rebecca G. Ross
N.Y. Bar No. 5590666
Jolie F. Zimmerman
D.C. Bar No. 465110

         Assistant United States Attorneys
         U.S. Attorney's Office
         601 D St NW
         Washington, D.C. 20530
         Rebecca.Ross2@usdoj.gov

By:  */s/ Alexis S. Hughes*
    Alexis S. Hughes
    D.C. Bar No. 90017487
    Department of Justice Criminal Division
    alexis.hughes@usdoj.gov