## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERLAND OLSON, *et al.*,

     *Defendants.*

Case No. 1:25-cr-69-RCL

## ORDER

Because the pretrial conference pursuant to Section 2 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3, scheduling for May 7, 2026, is only for purposes of setting a schedule for further CIPA litigation, the Court **ORDERS** that the hearing will not involve the discussion of classified information.

**IT IS SO ORDERED.**

Date: _____3-23-76_____

_____
Royce C. Lamberth
United States District Judge