UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
        v.                          :        Case No. 25-cr-69-1 (RCL)
                                    :
ERLEND OLSON,                       :
                                    :
        Defendant.                  :

DEFENDANT OLSON'S RESPONSE TO DEFENDANT
GALLAGHER'S MOTION TO COMPEL FILTER TEAM PRODUCTION
OF FILTER LOGS AND SEALING/IMPOUNDMENT FROM TRIAL TEAM

Defendant Erlend Olson, through counsel, respectfully responds as follows to Defendant

Gallagher's Motion To Compel Filter Team Production of Filter Logs and Sealing/Impoundment

From Trial Team ("Motion").

We respectfully disagree with the government's contention that Mr. Gallagher's Motion is

meritless.  From the perspective of Mr. Olson's undersigned counsel, the filter team status, what

has already been produced, what remains to be produced, and exactly what the government

expects undersigned counsel to do about potentially privileged materials -- particularly given the

government's recently stated intention to "return" devices storing enormous quantities of data to

undersigned counsel without the government having reviewed them -- is extremely unclear.  We

do not mean to impute impermissible intentionality to anyone at this stage, but we are unclear

how to proceed concerning these significant questions, and we are, we gather, the principal

privilege-holder at issue.  In fairness, we note that the government has made itself available to

talk with us about these issues on a number of occasions.  The issues raised in the Motion

certainly appear "material" with respect to the government's discovery obligations, and our own

obligations to our client.  Our suggestion to the Court is that a hearing to review these issues,

including those raised in the Motion, would be of great assistance in clarifying the

discovery-related obligations of all counsel in this case.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn Bar No. 358020
Coburn & Eisenstein PLLC
1200 G Street, N.W.
Suite 800
Washington, DC  20005
(If suite number is not included, delivery
will not be made)
Telephone:  (202) 643-9472
Facsimile:  (866) 561-9712
barry@coburngreenbaum.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this response will be served upon all counsel of record via

the Court's ECF system, this 21st day of April, 2026.

/s/ Barry Coburn

Barry Coburn