## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:25-cr-69-RCL |
| ERLAND OLSON, *et al.*, | |
| *Defendants.* | |

## ORDER

In advance of the upcoming pretrial conference pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. App. 3, scheduled for May 7, 2026, the parties are **ORDERED** to file, by May 4, 2026, a joint proposed schedule or, if no such schedule can be agreed upon, then separate proposed schedules and a joint status report detailing the nature of the parties' disagreements. It is further **ORDERED** that the parties come to the May 7 hearing prepared to discuss the following pending motions: [ECF No. 108] Defendant Gallagher's Motion to Compel and [ECF No. 112] Defendant Olson's Motion to Reconsider the Detention Order.

**IT IS SO ORDERED.**

Date:  4-27- 26

Royce C. Lamberth
United States District Judge