## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

STEPHEN BUSCHER,

*Defendant.*

Case No. 1:25-cr-69-RCL

## ORDER

Defendant Stephen Buscher's [118] Emergency Motion to Preserve Digital Evidence is temporarily **GRANTED**.  It is **ORDERED** that the government shall preserve the evidence identified in the motion and halt any transfer or deletion of any portion thereof at least until a hearing has been held on this matter.  It is further **ORDERED** that the parties shall file, by May 6, 2026, a joint status report proposing a briefing schedule and dates for a hearing on the motion.

**IT IS SO ORDERED.**

Date: ____4-29-26____

Royce C. Lamberth
United States District Judge

1