# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Case No. 1:25-cr-69-RCL

ERLAND OLSON, *et al.*,

Defendants.

## ORDER

Upon consideration of the parties' Joint Status Report [ECF No. 122], the Court adopts the parties' proposed schedule for CIPA filings, subject to any necessary changes in the future. At the upcoming hearing, scheduled for May 7, 2026, the parties should come prepared to discuss Defendant Gallagher's Motion to Compel [ECF No. 108], and Defendant Olson's Motion to Reconsider the Detention Order [ECF No. 112], as well as the briefing schedules for Defendant Buscher's Motion to Preserve Digital Evidence [ECF No. 118], and his Motion to Compel Production of Documents Withheld Under Asserted Attorney-Client Privilege [ECF No. 130].

IT IS SO ORDERED.

Date: _____5/5/26_____

Royce C. Lamberth
United States District Judge