# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 25-cr-69 (RCL)**

**ERLEND OLSON, ET AL.,**

           **Defendants.**

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

In response to the Court's April 29, 2026, Minute Entry directing that the parties submit a proposed scheduling order related to the Government's Notice of Return of Digital Evidence (ECF 110) and Defendant Buscher's Motion to Preserve Evidence (ECF 116), the parties have conferred and propose the following briefing schedule:

| | |
|---|---|
| Any additional motions by Defendants | May 11, 2026 |
| Government response | May 26, 2026 |
| Replies by Defendants (if any) | June 2, 2026 |
| Hearing | June 25, 2026 |

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Sarah C. Ranney*
     Jolie F. Zimmerman
     D.C. Bar No. 465110
     Rebecca G. Ross
     Sarah C. Ranney
     N.Y. Bar No. 5050919
     Assistant United States Attorneys
     U.S. Attorney's Office for the District of
     Columbia

601 D Street, N.W.
Washington, DC 20530
(202) 252-7220 (Zimmerman)
(202) 252-6937 (Ross)
(202) 252-7051 (Ranney)

A. TYSEN DUVA
Assistant Attorney General
Department of Justice, Criminal Division

By:      */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
Trial Attorney, Tax Section
Department of Justice, Criminal Division
950 Pennsylvania Ave., NW
Washington, DC 20530
alexis.hughes@usdoj.gov

2