UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-69-1 (RCL) |
| | : | |
| ERLEND OLSON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT OLSON'S RESPONSE TO
JOINT STATUS REPORT AND SCHEDULING ORDER

Defendant Erlend Olson, through counsel, respectfully responds as follows to the Joint Status Report and Scheduling Order filed today (May 6, 2026) by the government (ECF No. 132).

The first line of the schedule proposed in the Joint Status Report and Scheduling Order is: "Any additional motions by Defendants -- May 11, 2026." We write here only to note that the parties are in agreement that this deadline applies only to additional motions concerning the Government's Notice of Return of Digital Evidence (ECF 110) and Defendant Buscher's Motion to Preserve Evidence (ECF 116). It is not intended to be a deadline for all defense pretrial motions.

Respectfully submitted,

/s/ Barry Coburn

_____

Barry Coburn Bar No. 358020
Coburn & Eisenstein PLLC
1200 G Street, N.W.
Suite 800
Washington, DC  20005
(If suite number is not included, delivery will not be made)
Telephone:  (202) 643-9472
Facsimile:  (866) 561-9712
barry@coburngreenbaum.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this response will be served upon all counsel of record via the Court's ECF system, this sixth day of May, 2026.

/s/ Barry Coburn

Barry Coburn