**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Case No. 25-cr-69-RCL** |
| **ERLAND OLSON**, *et al.*, | |
| *Defendant.* | |

## ORDER

For the reasons stated at today's hearing, and upon consideration of the parties' joint status report [ECF No. 132], the Court adopts the following schedule in relation to the government's Notice of Return of Digital Evidence [ECF No. 110], and Defendant Buscher's Motion to Preserve Evidence [ECF No. 116]:

| | |
|---|---|
| **Additional motions by Defendants** | **May 11, 2026** |
| **Government response** | **May 26, 2026** |
| **Replies by Defendant (if any)** | **June 2, 2026** |
| **Hearing** | **July 7, 2026, 10 a.m., Courtroom 15** |

**IT IS SO ORDERED.**

Date: _____ 5/7/26 _____

Royce C. Lamberth
United States District Judge

1