UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                                 :

     v.                         :       Case No. 25-cr-69-1 (RCL)
                                 :

ERLEND OLSON,            :
                                 :

     Defendant.          :

### DEFENDANT OLSON'S MOTION TO JOIN MOTIONS OF GALLAGHER AND BUSCHER SEEKING PRESERVATION OF EVIDENCE

Defendant Erlend Olson, through counsel, respectfully moves to join in the motions filed by Defendants Gallagher and Buscher seeking preservation of digital evidence, based on the grounds stated in those motions.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn Bar No. 358020
Coburn & Eisenstein PLLC
1200 G Street, N.W.
Suite 800
Washington, DC  20005
(If suite number is not included, delivery
will not be made)
Telephone:  (202) 643-9472
Facsimile:  (866) 561-9712
barry@coburngreenbaum.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion will be served upon all counsel of record via the Court's ECF system, this tenth day of May, 2026.

/s/ Barry Coburn

Barry Coburn