# NORTHERN NECK REGIONAL JAIL
## *INMATE REQUEST FORM*

Name _ERLEND OLSON_          Time _12:00 NOON_

Date _MAY 1, 2026_          Housing _J-POD_

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

⑤ ALSO I HAVE *NEVER* REFUSED MEDS OR CARE SO PLEASE DO NOT PUT SUCH A THING ON MY RECORDS! THANK YOU!

- ☐ Community Corrections
- ☐ Chaplin
- ☐ Classification
- ☐ Commissary
- ☐ Inmate Accounts
- ☐ Mail
- ☒ Medical
- ☐ Notary

- ☐ Programs
- ☐ Property
- ☐ Records
- ☐ Shift Supervisor
- ☐ Special Canteen
- ☐ Special Visit
- ☐ Trusty
- ☐ Work Release
- ☐ Other _____

**REQUEST:** ① PLEASE PUT MY MEDS ON 11AM "HEALTH CHECK CART" OR PROVIDE ON BLISTER PACK FOR SELF CARE!! URGENT!!

FOR EXAMPLE:

② NURSE AT/ON 8AM CART DID NOT COME UNTIL 10:30AM YESTERDAY (APRIL 30)

③ SHE SAID I AM SUPPOSED TO GO TO HER "MORNING CART" FOR MEDS SO WHEN SHE CAME AT 10:45AM TODAY I WENT TO HER CART AND EVEN THOUGH SHE HAD MY MEDS FOR THE DAY IN HER HAND SHE WOULD NOT GIVE THEM TO ME-??? PLEASE STOP PLAYING GAMES AND PROVIDE ME WITH WRITTEN

④ I DON'T HEAR ANY "7AM ANNOUNCEMENT", THERE IS NO CLOCK IN POD, NO 7AM

Staff Receiving the Request: _M Goh_          Date _5-1-26_

Supervisory Review: _____          Date _____

Action Taken: _____
_____
_____

Response: _____
_____
_____
_____

Signature_____          Date_____

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.