# DOCUMENTS REQUIRED FOR THE RENUNCIATION OF CITIZENSHIP

1. COMPLETED APPLICATION FORM

2. LETTER STATING NEED TO RENOUNCE CITIZENSHIP with official supporting document

3. EC$500.00 NON-REFUNDABLE APPLICATION FEE

4. BIRTH CERTIFICATE/CERTIFICATE OF CITIZENSHIP

5. TWO (2) PASSPORT-SIZED PHOTOS

6. ST. KITTS/NEVIS PASSPORT

7. EC$650.00 FOR GRANT OF CERTIFCATE OF RENUNCIATION (to be paid when the Certificate is granted)



THE SAINT CHRISTOPHER AND NEVIS
CITIZENSHIP ACT, 1984

THE SAINT CHRISTOPHER AND NEVIS
CITIZENSHIP REGULATIONS 1984

FORM REN. 1

DECLARATION OF RENUNCIATION OF CITIZENSHIP
UNDER SECTION 7 OF THE SAINT CHRISTOPHER AND NEVIS
CITIZENSHIP ACT, 1984
BY A CITIZEN OF SAINT CHRISTOPHER AND NEVIS
WHO ATTAINED THE AGE OF 18 YEARS AND
WHO IS ALSO A CITIZEN OR NATIONAL OF ANY OTHER COUNTRY
OR INTENDS TO BECOME A CITIZEN OR NATIONAL OF ANY COUNTRY

1.  I, .......................................................................................................................

am of full age and capacity and was born at ...................................................

................................................................ on ....................................

*Here insert full name and address of declarant*

2.  I have/have not been married.

3.  I (am) (intended to become) a citizens/national of ..................................

............................................................. under the Law of that

country.

4.  I hereby renounce my citizenship of Saint Christopher and Nevis.

I, ...........................................................................................................
do solemnly and sincerely declare that the foregoing particulars
stated in this declaration are true, and I make this solemn
declaration conscientiously believing the same to be true, and
under and by virtue of the Act of Parliament of Saint Christopher
and Nevis in that case made and provided