UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERLAND OLSON,

Defendant.

Case No. 1:25-cr-69-RCL

**ORDER**

Upon consideration of Defendant Erland Olson's [ECF No. 135] Motion for Leave to Join

Co-Defendants' Motions [ECF Nos. 118, 128] seeking to preserve digital evidence, Defendant

Olson's Motion is **GRANTED**.

**IT IS SO ORDERED.**

Date: _5-11-26_

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

1