**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| )  | |
| )  | |
| **v.**  ) | **Case No. 25-cr-69-RCL** |
| )  | |
| **STEPHEN BUSCHER,**  ) | |
| )  | |
| )  | |
| *Defendant.*  ) | |
| )  | |

**O R D E R**

Upon consideration of Defendant Stephen Buscher's Motion To Hold Motion to Compel Production of Documents in Abeyance,  filed herein on May 26, 2026, and any opposition thereto, it is this ＿＿ day of ＿＿＿＿＿＿＿, ＿＿＿＿ **HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant Stephen Buscher's Motion to Compel Production of Documents Withheld Under Asserted Attorney-Client Privilege (ECF No. 130) shall be held in abeyance pending entry of an amended Privilege Protocol as discussed in the Joint Status Report filed on May 21, 2026. ECF No.143.

Royce C. Lamberth
United States District Judge