# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 25-cr-69 (RCL)** |
| **ERLEND OLSON, ET AL.,** | |
| **Defendants.** | |

## STATUS REPORT

The government respectfully states as follows:

1.      On May 21, 2026, the parties filed a joint status report as to Defendant Buscher's Motion to Compel (ECF No. 130) and projected that the relevant parties would move for entry of an amended privilege protocol by June 16, 2026.

2.      The parties have not yet reached consensus on the proposed privilege protocol.

3.      The government anticipates filing a proposed order for entry of the protocol on or before June 23, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:      */s/ Sarah C. Ranney*
Jolie F. Zimmerman
D.C. Bar No. 465110
Rebecca G. Ross
Sarah C. Ranney
N.Y. Bar No. 5050919
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.

Washington, DC 20530
(202) 252-7220 (Zimmerman)
(202) 252-6937 (Ross)
(202) 252-7051 (Ranney)

A. TYSEN DUVA
Assistant Attorney General
Department of Justice, Criminal Division

By:    */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
Trial Attorney, Tax Section
Department of Justice, Criminal Division
950 Pennsylvania Ave., NW
Washington, DC 20530
alexis.hughes@usdoj.gov

2