## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERLAND OLSON, *et al.*,

    *Defendants.*

Case No. 25-cr-69-RCL

## ORDER

Tomorrow's hearing will primarily address the government's Notice of Return of Digital Evidence [ECF No. 110], and Defendant Buscher's Motion to Preserve Evidence [ECF No. 116]. In order to aid the Court in reaching a resolution, the parties should come to the hearing prepared to discuss the following topics:

1. Whether caselaw within this Circuit supports the government's view that the 23 terabytes of digital evidence ("the Subject Data") is not in its lawful possession. Relatedly, the government should come prepared to explain its theory as to *when* it lost lawful possession of the Subject Data, and *what language*, if any, in the June 2021 search warrant divests the government of authority to access the Subject Data today.

2. Whether caselaw within this Circuit supports the Court's authority to order the government's filter team to conduct a privilege review of the Subject Data.

3. Whether Defendants could feasibly subpoena Brevet and Olson for the Subject Data if the government were to transfer this evidence to them.

4. Whether the government represented to Defendants that the Subject Data would be searched and/or produced to them.

1

Regarding the government's Motion for an Order Entering Second Privilege Protocol [ECF No. 154] and Olson's Memorandum in Opposition [ECF No. 158], the parties should come prepared to address whether they can reach a resolution among themselves, or else propose a briefing schedule to provide the Court with Olson's revisions to the government's second privilege protocol, and any objections thereto.

**IT IS SO ORDERED.**

Date: _____7-6-26_____

Royce C. Lamberth
United States District Judge

2