**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 25-cr-69 (RCL)** |
| **ERLEND OLSON, ET AL.,** | |
| **Defendants.** | |

## STATUS REPORT REGARDING DIGITAL IMAGES AND DEVICES

In response to the Court's directive, issued on July 7, 2026, to provide additional factual support for the government's argument that digital devices obtained during the execution of search warrants in June 2021 were not "seized" by the government and thus are not in the government's possession, custody, or control, the government respectfully submits:

1.     For the past two weeks, Special Agents from the Internal Revenue Service-Criminal Investigation (IRS-CI) and from the IRS-CI Computer Information Services (CIS) have painstakingly reviewed relevant information stored on IRS-CI computer systems without viewing the contents of the digital files themselves.

2.     A detailed summary of their findings, in a Memorandum of Activity signed and dated July 21, 2026, is attached as Exhibit A (to be filed under seal).[1] This Memorandum answers the Court's remaining questions regarding the "Unscoped Images and Devices" that are the subject of the government's Notice of Return of Digital Evidence (ECF 110), and which were identified on the record at the July 7, 2026, hearing. Specifically, this Memorandum reports on search warrant

---

[1] The government has not yet produced this Memorandum or the IRS work product appended to this Status Report in discovery but intends to do so shortly. When the information is produced it will be designated as "Sensitive" under the Protective Order governing discovery. *See* ECF 32. As such, the Memorandum and associated work product are being filed under seal.

inventory and device reconciliations, system logs, processing status, and (lack of) search terms run on the images. *See* Exhibit A. Also attached to this Status Report are the results of a reconciliation done between search warrant inventories, IRS-CI CIS inventories, and images and hard drives in the possession of IRS-CI, which identifies, among other things, the item number, description, serial number, search warrant site, and current location of each device image. *See* Exhibit A, Attachment 1.

3.      As to the processing status of the subject digital devices, the authors of the Memorandum concluded that they could not definitively determine the level of processing, if any, performed by a since-retired agent who created the IRS-CI CIS inventories of the digital devices.[2]

4.      At the same time, except for images of four phone devices,[3] the Memorandum reports that the authors did not find any evidence that the digital evidence had been scoped or provided to the Department of Justice for uploading to the filter database.

5.      For ease of reference, the government has also attached as sealed exhibits to this filing the original search warrant for defendant Olson's residence (Exhibit B); the original search warrant for Theia's premises (Exhibit C); and the Order amending the filter review portion of the Theia premises search warrant (Exhibit D).

                                        Respectfully submitted,

                                        JEANINE FERRIS PIRRO
                                        UNITED STATES ATTORNEY

---

[2] The list of devices and breakdown of file count by file type identified by the Computer Information Specialist in 2022, described in paragraphs 7 to 10, is attached to this filing as sealed Exhibit E.

[3] Two devices belonging to Defendant Olson and two devices belonging to Defendant Gallagher were processed and uploaded to the filter database and produced in filter side discovery. Exhibit A at 2. These devices are not within the images the government proposes to return.

By:    */s/ Sarah C. Ranney*
Jolie F. Zimmerman
D.C. Bar No. 465110
Rebecca G. Ross
Sarah C. Ranney
N.Y. Bar No. 5050919
Assistant United States Attorneys
U.S. Attorney's Office for the District of
Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7220 (Zimmerman)
(202) 252-6937 (Ross)
(202) 252-7051 (Ranney)

A. TYSEN DUVA
Assistant Attorney General
Department of Justice, Criminal Division

By:    */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
Trial Attorney, Tax Section
Department of Justice, Criminal Division
950 Pennsylvania Ave., NW
Washington, DC 20530
alexis.hughes@usdoj.gov

3