**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-CR-69 (RCL)** |
| | : | |
| **ERLEND OLSON, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S NOTICE OF FILING OF ITS FIRST CLASSIFIED *IN CAMERA*, *EX PARTE* MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

The government hereby submits its Notice of Filing of its First Classified *In Camera, Ex Parte* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d) of the Federal Rules of Criminal Procedure. The government's motion was filed under seal today.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Jolie F. Zimmerman*
       Jolie F. Zimmerman
       D.C. Bar No. 465110
       Rebecca G. Ross
       Sarah C. Ranney
       Assistant United States Attorneys
       U.S. Attorney's Office for the District of
       Columbia
       601 D Street, N.W.
       Washington, DC 20530
       (202) 252-7220 (Zimmerman)
       (202) 252-6937 (Ross)
       (202) 252-7051 (Ranney)

A. TYSEN DUVA
Assistant Attorney General
Department of Justice, Criminal Division

By:     */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
Trial Attorney, Tax Section
Department of Justice, Criminal Division
950 Pennsylvania Ave., NW
Washington, DC 20530
alexis.hughes@usdoj.gov