**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**ERLEND OLSON, ET AL.,**

**Defendants.**

**Case No. 25-cr-69 (RCL)**

**ORDER REGARDING SPEEDY TRIAL ACT**

The Court hereby grants the United States' Motion for a Status Conference and to Exclude Time Under the Speedy Trial Act [ECF No. 189], schedules a status conference in this case for 9/3/26, and finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), exclusion of time from August 18, 2026, until the next status conference on 5/3/26 at 11:00 a.m., would serve the ends of justice and outweigh the interests of the Defendants and the public in a speedy trial.

SO ORDERED.

Royce C. Lamberth 8/24/26

ROYCE C. LAMBERTH
United States District Judge