**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-CR-69 (RCL)** |
| | : | |
| **ERLEND OLSON, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR AMENDED CIPA PROTECTIVE ORDER GOVERNING DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 § 3, for the entry of an amended protective order to govern the handling, use, and storage of classified national security documents and information produced in discovery in this matter or otherwise relevant to the case. The government is moving for this amended order to correct the list of government attorneys who may have access to the classified information in this case: Josh Gold is no longer an Assistant U.S. Attorney, and while Alexis Hughes has an interim security clearance, she does not yet have all the necessary "read-ins" required for the classified information at issue in this case. A proposed amended protective order

//

//

//

//

//

//

//

//

is attached to this motion. Counsel for the defendants do not object to the entry of the proposed order.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Jolie F. Zimmerman*
Jolie Zimmerman, D.C. Bar No. 465110
Sarah Ranney
Rebecca G. Ross
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7220 (Zimmerman)
(202) 252-7051 (Ranney)
(202) 252-6937 (Ross)

COLIN M. MCDONALD
Assistant Attorney General

By: */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
U.S. Department of Justice
National Fraud Enforcement Division, Tax Section
950 Pennsylvania Ave., N.W.
Washington, DC 20530
alexis.hughes@usdoj.gov